UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
IN RE INSYS THERAPEUTICS, INC.                            :
SECURITIES LITIGATION                                     :
:
:          17 Civ. 1954 (PAC)
:
:          **ORDER**
:
:
:
:
-------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      The parties are directed to appear remotely for a status conference on August 20, 2020 at 11:00 AM in light of Defendant's Letter, dated July 1, 2020, and the confirmation of the Insys Bankruptcy Plan of Liquidation.  The parties should be prepared to discuss whether the current stay should be lifted and whether the claims against Insys should be dismissed.

Dated:  New York, New York           SO ORDERED
       August 17, 2020

                                             _____
                                             PAUL A. CROTTY
                                             United States District Judge