# LEVI&KORSINSKY LLP

1111 Summer Street, Suite 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

Shannon L. Hopkins
shopkins@zlk.com

October 20, 2020

**VIA EMAIL**

Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14C
New York, NY 10007

*[handwritten note]*
10/21/2020
The matter will be adjourned to
December 15, 2020. If the matter is
resolved before then, please notify
the Court. So ordered
Paul A. Crotty
USDJ

**Re:**   *In re Insys Therapeutics, Inc. Securities Litigation*; 1:17-cv-01954-PAC

Dear Judge Crotty:

I represent Court-appointed Lead Plaintiff Michael Robson ("Plaintiff") in the above-referenced matter, and as per the Court's August 20, 2020 Order, I submit this status letter jointly with counsel for Michael Babich, John Kapoor and Daryl S. Baker (Mr. Baker, Mr. Babich, and Mr. Kapoor, together, the "Individual Defendants" and with Plaintiff, the "Parties") to update the Court. Recently, Plaintiff served a settlement demand on the Individual Defendants. Counsel for the Individual Defendants and their insurance carriers are currently considering Plaintiff's demand. Accordingly, the Parties respectfully request that the stay be extended another sixty (60) days while they continue to try and reach a resolution of this Action.

Respectfully submitted,

GELBER & SANTILLO PLLC

By: /s/ *R. Zachary Gelber*
R. Zachary Gelber
347 West 36th Street, Suite 805
New York, NY 10018
Phone: 212-227-4743

*Attorney for Defendant Darryl S. Baker*

LEVI & KORSINSKY, LLP

By: /s/ *Shannon Lee Hopkins*
Shannon Lee Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Phone: 203-992-4523

*Attorney for Class Plaintiffs*